IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PERSAWVERE, INC.,<br><br>            Plaintiff,<br><br>    v.<br><br>MILWAUKEE ELECTRIC TOOL CORPORATION,<br><br>            Defendant. | C.A. No. 21-cv-00400-GBW |

**STIPULATION TO TAKE DEPOSITION OUTSIDE FACT DISCOVERY**

Plaintiff Persawvere, Inc. and Defendant Milwaukee Electric Tool Corporation (collectively, the "Parties"), by and through their undersigned respective counsel, hereby agree and stipulate that the deposition of Mr. Paul Fry can proceed on April 26, 2023, which is after fact discovery closes on April 21, 2023.

Respectfully submitted,

| FISH & RICHARDSON, P.C. | MORGAN, LEWIS & BOCKIUS LLP |
|---|---|
| */s/ Kelly Allenspach Del Dotto*<br>Susan E. Morrison (No. 4690)<br>Kelly Allenspach Del Dotto (No. 5969)<br>222 Delaware Avenue, 17th Floor<br>Wilmington, DE 19801<br>Tel: 302.652.5070<br>morrison@fr.com<br>kad@fr.com<br><br>*Attorneys for Plaintiff* | */s/ Amy M. Dudash*<br>Amy M. Dudash (No. 5741)<br>1201 N. Market Street, Suite 2201<br>Wilmington, DE 19801<br>Tel: 302.574.3000<br>amy.dudash@morganlewis.com<br><br>*Attorney for Defendant* |

Dated: April 7, 2023

SO ORDERED this ___ day of April, 2023.

_____
The Honorable Gregory B. Williams
U.S. District Court Judge