# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PERSAWVERE, INC., <br><br> Plaintiff, <br><br> v. <br><br> MILWAUKEE ELECTRIC TOOL CORPORATION, <br><br> Defendant. | C.A. No. 21-400-GBW |

## [PROPOSED] ORDER

Having considered Plaintif's Unopposed Motion for Leave to File Amended Complaint (the "Motion"),

IT IS HEREBY ORDERED this ____ day of May, 2023 that the Motion is GRANTED.

_____
UNITED STATES DISTRICT JUDGE