**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| PERSAWVERE, INC.,<br><br>     Plaintiff,<br><br>  v.<br><br>MILWAUKEE ELECTRIC TOOL<br>CORPORATION,<br><br>     Defendant. | C.A. No. 21-400-GBW |

**PLAINTIFF PERSAWVERE, INC.'S *DAUBERT* MOTION TO EXCLUDE**
**EXPERT TESTIMONY OF DR. GREGORY GONSALVES, PH.D.**

Plaintiff Persawvere, Inc. ("Persawvere") hereby moves this Court to exclude and strike certain portions of expert testimony by Defendant Milwaukee Electric Tool Corporation's ("Milwaukee") expert Dr. Gonsalves.  Specifically, Persawvere seeks to exclude Dr. Gonsalves' opinions in which he regarding the governing law (including on the issues of inequitable conduct and the duty of candor), and opinions regarding any subjective issues, including alleged intent, motive, or state of mind to deceive the Patent Office, including the opinions in paragraphs 28-125 and 131-149 of Dr. Gonsalves' opening report and paragraphs 138-178 of Dr. Gonsalves' reply report.  The grounds for this Motion are set forth in Persawvere's opening brief filed contemporaneously herewith.

Pursuant to Local Rule 7.1.1, the undersigned certifies that a reasonable effort has been made to reach agreement with Milwaukee on the matters set forth in the instant Motion, but no agreement has been reached by the parties.

Dated: July 21, 2023                       FISH & RICHARDSON P.C.

By: */s/ Kelly Allenspach Del Dotto*
     Susan E. Morrison (No. 4690)
     Kelly Allenspach Del Dotto (No. 5969)
     Grayson P. Sundermeir (No. 6517)
     222 Delaware Avenue, 17th Floor
     Wilmington, DE 19801
     Telephone: (302) 652-5070
     morrison@fr.com
     kad@fr.com
     sundermeir@fr.com

     Kurt L. Glitzenstein
     FISH & RICHARDSON P.C.
     One Marina Park Drive
     Boston, MA 02210
     (617) 521-7042
     glitzenstein@fr.com

     *Attorneys for Plaintiff*
     *Persawvere, Inc.*