# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PERSAWVERE, INC., <br><br> Plaintiff, <br><br> v. <br><br> MILWAUKEE ELECTRIC TOOL CORPORATION, <br><br> Defendant. | C.A. No. 21-400-GBW |

## PROPOSED ORDER

Having reviewed Plaintiff Persawvere, Inc.'s *Daubert* Motion to Exclude Expert Testimony of Dr. Gregory Gonsalves, Ph.D.,

IT IS HEREBY ORDERED Dr. Gonsalves' opinions regarding the governing law (including on the issues of inequitable conduct and the duty of candor), and opinions regarding any subjective issues, including alleged intent, motive, or state of mind to deceive the Patent Office, including the opinions in paragraphs 28-125 and 131-149 of Dr. Gonsalves' opening report and paragraphs 138-178 of Dr. Gonsalves' reply report shall be excluded.

_____

Honorable Gregory B. Williams