**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PERSAWVERE, INC., <br><br> Plaintiff, <br><br> v. <br><br> MILWAUKEE ELECTRIC TOOL CORPORATION, <br><br> Defendant. | C.A. No. 21-400-GBW |

**JUDGMENT ON JURY VERDICT**

The Court having held a jury trial, and the jury having returned a verdict, pursuant to Federal Rule of Civil Procedure 58, the Court hereby enters JUDGMENT ON JURY VERDICT in accordance with the jury's verdict and the entirety of the record as follows:

1. Judgment that the 2429-20 – M12 Bandsaw infringes each of claims 1-13 of the asserted United States Patent No. 8,607,681 ("the '681 patent") under each of 35 U.S.C. §§ 271(a), (b), (c), (f)(1), and (f)(2), is entered in favor of Plaintiff Persawvere, Inc. ("Persawvere") and against Defendant Milwaukee Electric Tool Corporation ("Milwaukee").

2. Judgment that the 2429-21XC M12™ Sub-Compact Band Saw Kit infringes each of claims 1-13 of the '681 patent under each of 35 U.S.C. §§ 271(a), (b), (c), (f)(1), and (f)(2), is entered in favor of Persawvere and against Milwaukee.

3. Judgment that the 2429-21XCS M12™ Sub-Compact Band Saw Kit infringes each of claims 1-13 of the '681 patent under each of 35 U.S.C. §§ 271(a), (b), (c), (f)(1), and (f)(2), is entered in favor of Persawvere and against Milwaukee.

4. Judgment that the 2429-80 – M12 Band Saw infringes each of claims 1-13 of the '681 patent under each of 35 U.S.C. §§ 271(a), (b), (c), (f)(1), and (f)(2), is entered in favor of Persawvere and against Milwaukee.

5. Judgment that the 2429-81XC M12™ Sub-Compact Band Saw Kit infringes each of claims 1-13 of the '681 patent under each of 35 U.S.C. §§ 271(a), (b), (c), (f)(1), and (f)(2), is entered in favor of Persawvere and against Milwaukee.

6. Judgment that the 2529-20 – M12 FUEL™ Bandsaw infringes each of claims 1-13 of the '681 patent under each of 35 U.S.C. §§ 271(a), (b), (c), (f)(1), and (f)(2), is entered in favor of Persawvere and against Milwaukee.

7. Judgment that the 2529-21XC M12 FUEL™ Compact Band Saw Kit infringes each of claims 1-13 of the '681 patent under each of 35 U.S.C. §§ 271(a), (b), (c), (f)(1), and (f)(2), is entered in favor of Persawvere and against Milwaukee.

8. Judgment that the 2629-20 – M18 Bandsaw infringes each of claims 1-5 and 7-12 of the '681 patent under each of 35 U.S.C. §§ 271(a), (b), (c), (f)(1), and (f)(2), is entered in favor of Persawvere and against Milwaukee.

9. Judgment that the 2629-22 M18™ Cordless LITHIUM-ION Band Saw Kit infringes each of claims 1-5 and 7-12 of the '681 patent under each of 35 U.S.C. §§ 271(a), (b), (c), (f)(1), and (f)(2), is entered in favor of Persawvere and against Milwaukee.

10. Judgment that the 2629-80 – M18 Bandsaw infringes each of claims 1-5 and 7-12 of the '681 patent under each of 35 U.S.C. §§ 271(a), (b), (c), (f)(1), and (f)(2), is entered in favor of Persawvere and against Milwaukee.

11. Judgment that the 2629-82 M18™ Cordless LITHIUM-ION Band Saw Kit infringes each of claims 1-5 and 7-12 of the '681 patent under each of 35 U.S.C. §§ 271(a), (b), (c), (f)(1), and (f)(2), is entered in favor of Persawvere and against Milwaukee.

12. Judgment that the 2829-20 – M18 FUEL™ Compact Bandsaw infringes each of claims 1-5 and 7-12 of the '681 patent under each of 35 U.S.C. §§ 271(a), (b), (c), (f)(1), and (f)(2), is entered in favor of Persawvere and against Milwaukee.

13. Judgment that the 2829-22 M18 FUEL™ Compact Band Saw Kit infringes each of claims 1-5 and 7-12 of the '681 patent under each of 35 U.S.C. §§ 271(a), (b), (c), (f)(1), and (f)(2), is entered in favor of Persawvere and against Milwaukee.

14. Judgment that the 2829-80 – M18 FUEL™ Compact Bandsaw infringes each of claims 1-5 and 7-12 of the '681 patent under each of 35 U.S.C. §§ 271(a), (b), (c), (f)(1), and (f)(2), is entered in favor of Persawvere and against Milwaukee.

15. Judgment that the 6242 Compact Band Saw infringes each of claims 1-3, 5, 7-9, and 11-12 of the '681 patent under each of 35 U.S.C. §§ 271(a), (b), (c), (f)(1), and (f)(2), is entered in favor of Persawvere and against Milwaukee.

16. Judgment of no invalidity based on anticipation of claims 1-3, 5-9, and 11-13 of the '681 patent is entered in favor of Persawvere and against Milwaukee.

17. Judgment of no invalidity based on obviousness of claims 1-13 of the '681 patent is entered in favor of Persawvere and against Milwaukee.

18. Judgment of no invalidity based on lack of written description of claims 1-13 of the '681 patent is entered in favor of Persawvere and against Milwaukee.

19. Judgment of damages is entered in favor of Persawvere and against Milwaukee as follows:

a. 2429-20 M12 Bare Tool:  $1,744,155.00
b. 2429-21XC & 2429-21XCS M12 Kit:  $994,973.00
c. 2529-20 M12 Bare Tool:  $679,763.00
d. 2529-21XC M12 Kit:  $209,258.00
e. 2629-20 M18 Bare Tool:  $732,697.00
f. 2629-22 M18 Kit:  $958,104.00
g. 2829-20 M18 Bare Tool:  $1,798,930.00
h. 2829-22 M18 Kit:  $585,130.00
i. 6242-6 Corded Bare Tool:  $133,504.00
j. Batteries:  $0
k. Blades:  $0

This results in a total damages award for infringing sales through October 31, 2023, of $7,836,514.00. The parties submit this total damages award without prejudice to and expressly preserving all previously-lodged objections to the initial inconsistent jury verdict reflected at D.I. 241 and the jury's provision of multiple oral responses to Questions 9 and 10 of the verdict form.

20. Judgment of no willful infringement is entered in favor of Milwaukee and against Persawvere.

IT IS SO ORDERED this _____ day of December, 2023.

_____
UNITED STATES DISTRICT JUDGE

4