# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PERSAWVERE, INC., <br><br> Plaintiff, <br><br> v. <br><br> MILWAUKEE ELECTRIC TOOL CORPORATION, <br><br> Defendant. | C.A. No. 21-cv-00400-GBW |

## STIPULATED DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the terms of a separate Settlement, Release, and License Agreement ("Agreement"), the Plaintiff, Persawvere, Inc. ("Persawvere") and Defendant Milwaukee Electric Tool Corporation ("METCO"), have agreed to settle, adjust, and compromise all claims and counterclaims that were raised or could have been raised against each other in the above-captioned action. Pursuant to the Agreement, the parties agreed to dismiss all claims by Persawvere against METCO, and all counterclaims by METCO against Persawvere, that were made or could have been made in this action, in all instances with prejudice to the re-filing the same.

Now, pursuant to the Agreement, the parties hereby stipulate to the dismissal of all claims by Persawvere against METCO, and all counterclaims by METCO against Persawvere, that were made or could have been made in this action, in all instances with prejudice to the re-filing the same, and further stipulate that all costs and expenses relating to this action (including attorney and expert fees and expenses) shall be borne solely by the party incurring the same.

A proposed Order accompanies this motion.

Respectfully submitted on January 22, 2025,

| FISH & RICHARDSON P.C. | MORGAN, LEWIS & BOCKIUS LLP |
|---|---|
| */s/ Kelly Allenspach Del Dotto* | */s/ Amy M. Dudash* |
| Susan E. Morrison (No. 4690) | Amy M. Dudash (No. 5741) |
| Warren K Mabey (No. 5775) | 1201 N. Market Street, Suite 2201 |
| Kelly Allenspach Del Dotto (No. 5969) | Wilmington, DE 19801 |
| Grayson P. Sundermeir (No. 6517) | Tel: 302.574.3000 |
| 222 Delaware Avenue, 17th Floor | amy.dudash@morganlewis.com |
| Wilmington, DE 19801 | |
| Tel: 302.652.5070 | Jason C. White |
| morrison@fr.com | Scott D. Sherwin |
| mabey@fr.com | Maria E. Doukas |
| kad@fr.com | Michael T. Sikora |
| sundermeir@fr.com | 110 N. Wacker Drive, Suite 2800 |
| | Chicago, IL 60601-5094 |
| *Attorneys for Plaintiff* | Telephone: 312.324.1000 |
| | Fax: 312.324.1001 |
| | jason.white@morganlewis.com |
| | scott.sherwin@morganlewis.com |
| | maria.doukas@morganlewis.com |
| | michael.sikora@morganlewis.com |
| | |
| | *Attorneys for Defendant* |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PERSAWVERE, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>MILWAUKEE ELECTRIC TOOL CORPORATION,<br><br>  Defendant. | C.A. No. 21-cv-00400-GBW |

**(PROPOSED) ORDER OF DISMISSAL WITH PREJUDICE**

The Stipulated Dismissal with Prejudice agreed to by Persawvere, Inc. and Defendant Milwaukee Electric Tool Corporation is hereby GRANTED.

IT IS THEREFORE ORDERED that the above-captioned action and all claims and all counterclaims that were made or could have been made in this action are hereby DISMISSED WITH PREJUDICE to the re-filing of same. All costs and expenses relating to this action (including attorney and expert fees and expenses) shall be borne solely by the party incurring the same.

IT IS FURTHER ORDERED that this Court shall retain jurisdiction over this action and the parties for purposes of enforcing the terms of the Settlement, Release and License Agreement entered into by and between the parties.

This is a final judgment.

SIGNED this ____ day of _____, 2025