## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

PERSAWVERE, INC.,

        Plaintiff,

    v.

MILWAUKEE ELECTRIC TOOL
CORPORATION,

        Defendant.

C.A. No. 21-cv-00400-GBW

### ORDER OF DISMISSAL WITH PREJUDICE

The Stipulated Dismissal with Prejudice agreed to by Persawvere, Inc. and Defendant Milwaukee Electric Tool Corporation is hereby GRANTED.

IT IS THEREFORE ORDERED that the above-captioned action and all claims and all counterclaims that were made or could have been made in this action are hereby DISMISSED WITH PREJUDICE to the re-filing of same. All costs and expenses relating to this action (including attorney and expert fees and expenses) shall be borne solely by the party incurring the same.

IT IS FURTHER ORDERED that this Court shall retain jurisdiction over this action and the parties for purposes of enforcing the terms of the Settlement, Release and License Agreement entered into by and between the parties.

This is a final judgment.

SIGNED this 23rd day of January, 2025

G.B. Wms.
UNITED STATES DISTRICT JUDGE